UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20553

_____

AMERADA HESS CORPORATION;

Plaintiff-Appellee,

v.

TST PARAFFIN SERVICE COMPANY, INC.;

Defendant-Third Party Plaintiff-Appellant-Appellee,

v.

PETROSURANCE CASUALTY COMPANY; ESPERANZA LOPEZ MORA;
REGINA VALENZUELA, as next friend of BRENDA JANETTE MONTANEZ, a
minor and sole heir and representative of the ESTATE of OMAR
MONTANEZ; BRENDA JANETTE MONTANEZ, a minor child and sole heir of
the ESTATE of OMAR MONTANEZ; and, OMAR MONTANEZ, ESTATE of;

Third Party Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-163)

_____

May 10, 1999

Before JONES, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The court has considered appellants' positions in light
of the briefs and pertinent portions of the record.  Having done
so, we find no reversible error of fact or law and affirm for the
reasons stated by the magistrate judge and the district court.

**AFFIRMED.**

_____

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.